# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## First Lieutenant LANTZ R. BALTHAZAR
### United States Air Force

## ACM 38902

## 14 June 2016

Sentence adjudged 26 August 2015 by GCM convened at Malmstrom Air Force Base, Montana. Military Judge: Vance H. Spath (sitting alone).

Approved Sentence: Dismissal, confinement for 5 months, and forfeiture of all pay and allowances.

Appellate Counsel for the Appellant: Major Melissa Biederman.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

ALLRED, MITCHELL, and MAYBERRY
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT



LEAH M. CALAHAN
Clerk of the Court